## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| Robert Waters, Jr., | ) | C.A. No.: 6:16-cv-00788-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | |
| American Heritage Life Insurance | ) | |
| Company and Ingles Markets, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**PLEASE TAKE NOTICE** Plaintiff hereby dismisses the matter *sub judice*, as against

Defendant Ingles Markets, Inc. with prejudice pursuant to Fed.R.Civ.P. 41 and as against

Defendant American Heritage Life Insurance Company without prejudice pursuant to

Fed.R.Civ.P. 41. All parties bear their own fees and costs.

Respectfully submitted this 27th day of April, 2016.

s/M. Leila Louzri_____
M. Leila Louzri, Esq.
Federal Bar #: 12007
**FOSTER LAW FIRM, LLC**
Post Office Box 2123
Greenville, South Carolina 29602
(864) 242-6200
(864) 233-0290 (facsimile)
E-mail:   llouzri@fosterfoster.com

Attorneys for Plaintiff